**No. 09-10613. In re Sephora K. Davis, Petitioner.**

561 U.S. 1048, 131 S. Ct. 39, 177 L. Ed. 2d 1130, 2010 U.S. LEXIS 5615.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 938, 130 S. Ct. 3379, 176 L. Ed. 2d 1264, 2010 U.S. LEXIS 4413.

**No. D-2451. In the Matter of Disbarment of Ben J. Zander.**

561 U.S. 1043, 131 S. Ct. 40, 177 L. Ed. 2d 1130, 2010 U.S. LEXIS 5614.

July 26, 2010. Disbarment entered.

Former order, 552 U.S. 1175, 128 S. Ct. 1344, 170 L. Ed. 2d 150, 2008 U.S. LEXIS 1871.

**No. D-2474. In the Matter of Discipline of Bradley R. Marshall.**

561 U.S. 1043, 131 S. Ct. 40, 177 L. Ed. 2d 1130, 2010 U.S. LEXIS 5572.

July 26, 2010. Bradley R. Marshall, of Seattle, Washington, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2475. In the Matter of Discipline of Howard L. Blau.**

561 U.S. 1043, 131 S. Ct. 40, 177 L. Ed. 2d 1130, 2010 U.S. LEXIS 5620.

July 26, 2010. Howard L. Blau, of New York, New York, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2476. In the Matter of Discipline of Steven R. Lapidus.**

561 U.S. 1043, 131 S. Ct. 40, 177 L. Ed. 2d 1130, 2010 U.S. LEXIS 5604.

July 26, 2010. Steven R. Lapidus, of Wainscott, New York, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

Same case below, 70 App. Div. 3d 49, 888 N.Y.S.2d 878.

**No. D-2477. In the Matter of Discipline of Brian Grayson West.**

561 U.S. 1043, 131 S. Ct. 40, 177 L. Ed. 2d 1130, 2010 U.S. LEXIS 5578.

July 26, 2010. Brian Grayson West, of Brooklandville, Maryland, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.